RECEIVED
IN ALEXANDRIA, LA.

MAR - 7 2013

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNY D. BYNOG | DOCKET NO. 12-CV-1234; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WINN CORRECTIONAL, ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at _Alexandria_, Louisiana, this _7th_ day of _March_, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE